In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Appellant, Relative to Acquiring Title to Real Property within the Area Bounded by WEST 112TH STREET and Other Streets in the Borough of Manhattan, Selected as a Site for the STEPHEN FOSTER HOUSES. ANNA DUBROFF et al., Respondents.— Decree unanimously modified by reducing

awards for damage parcels 36 and 37 to $20,000 each (land $10,000; building $10,000), and damage parcel 172 to $55,000 (land $12,000; building $43,000) and, as so modified, affirmed, with one bill of costs to appellant as against owners of damage parcels 35, 36 and 172 and one bill of costs to respondents-owners of damage parcels 109 and 114. Appeal deemed withdrawn as to damage parcels 113 and 171. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.